O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FINK,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. CV 21-06139 CAS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), Dkt. No. 19, the Motion to Dismiss filed by Defendant County of Los Angeles (the "County"), Dkt. No. 34, Plaintiff's Opposition, Dkt. No. 37, the County's Reply, Dkt. No. 38, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report") dated November 28, 2022, Dkt. No. 40, and all other records and files herein. The time for filing objections to the Interim Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) The County's Motion to Dismiss is GRANTED IN PART and Plaintiff's municipal liability claim challenging the County's COVID-19 policies and

any state law claims are dismissed with leave to amend;

(2) The County's Motion to Dismiss is DENIED in all other respects; and

(3) Plaintiff is granted leave to file a Second Amended Complaint within 30 days of the date of this order.  If Plaintiff chooses to proceed on his remaining claims without filing a further amended complaint, Plaintiff shall file a notice indicating so within 30 days of the date of this order.

DATED: January 11, 2023

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE